

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-17-00779-CR

Clint Harrison **ELLER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14676
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Pending before the court are appellant's motion for extension of time to file his brief and a notification of late record filed by the court reporter. In his motion, appellant states a portion of the reporter's record has not been filed and requests that the deadline for filing his brief be extended to thirty days from the date the missing portion of the reporter's record is filed. In the notification of late record, the court reporter states payment arrangements were "just made" and requests forty-five days to file the missing portion of the reporter's record. Appellant's motion is GRANTED. It is ORDERED that the missing portion of the reporter's record must be filed no later than August 6, 2018, and appellant's brief must be filed no later than thirty days from the date the missing portion of the reporter's record is filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court